UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| KEVIN TRAHAN | CIVIL ACTION NO. 18-1262 |
|---|---|
| VERSUS | JUDGE TERRY A. DOUGHTY |
| METROPOLITAN LIFE INSURANCE COMPANY | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be Granted, Or Alternatively, Motion for Summary Judgment and Motion to Strike Plaintiff's Amended Complaint [Doc. No. 5] filed by Defendant Metropolitan Life Insurance Company is **DENIED**.

Monroe, Louisiana, this 7th day of February, 2019.

_____
Terry A. Doughty
United States District Judge