# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

KEVIN TRAHAN                  \*     CIVIL ACTION NO.  18-1262

VERSUS                          \*     JUDGE TERRY A. DOUGHTY

METROPOLITAN LIFE INSURANCE     \*    MAG. JUDGE KAREN L. HAYES
COMPANY

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that defendant, Metropolitan Life Insurance Company's motion for partial summary judgment [doc. # 45] is hereby **GRANTED**, and the court finds that,

a.      ERISA governs the employee benefit plan at issue in this case,

b.      the subject plan vests the administrator, including MetLife, with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan, and

c.      ERISA preempts all state law claims related to the employee benefit plan at issue.

Monroe, Louisiana, this 23RD  day of October, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE